

**Attorney Walter W. Stern III**
920 85th Street, Unit 123
Kenosha, WI 53143
Phone: (262) 880-0192
Fax: (262) 997-1101
Email: wstern1@wi.rr.com
State Bar No. 1014060

June 1, 2018

Hon. Pamela Pepper                                            *via eFiling*
US District Court Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 362
Milwaukee, WI 53202

    RE:    Motion to Review Magistrate's Decision on Stay of Proceedings
               Court Case No.: 2:17-cv-355/2:17-cv-1128

Dear Judge Pepper:

Previously, I submitted a brief outlining the plaintiffs' position with respect to the Motion to Stay filed by Armor and three individual Milwaukee County Jail employees.

The Decision of Magistrate McDuffy is the correct decision, and submitting another brief would be unnecessary and time consuming.

The individual plaintiffs reassert their original arguments that granting a stay would be inappropriate and unlawful. The plaintiffs also adopt the brief filed by the Estate of Terrill Thomas, file number 2:17-cv-355, that is consolidated with file number 2:17-cv-1128.

Respectfully submitted,

Walter W. Stern III

WWS/dlv