TERRILL BARNES n/k/a TERRILL THOMAS, JR.,
CURTISS PIGGEE, A.T.A., born in 2013, by his mother
and guardian, MICHELLE ACOSTA, and T.J.T., born in
2009, by his mother and guardian, SAFRAUYNA PULLEY,

    Plaintiffs,

v.                                                               Case No. 17-cv-355-pp

MILWAUKEE COUNTY, DAVID J. CLARKE, JR.,
RICHARD E. SCHMIDT, KEVIN NYKLEWICZ, SCOTT SOBEK,
JEFFREY ANDRYKOWSKI, JOSHUA BRIGGS,
STEVEN HAW, KASHKA MEADORS, DEVONTA TOWNES,
RAFAEL BRITO, MATTHEW CARROLL, LECARLIN COLLINS,
BRIAN DRAGOO, ANTHONY EMANUELE, JORDON JOHNSON,
THOMAS LAINE, DAVID LEDGER, JOSHUA LEGERE,
DEVIN O'DONNELL, JAMES RAMSEY-GUY, DECORIE SMITH,
DOMINIQUE SMITH, JOHN WEBER, ARMOR CORRECTIONAL
HEALTH SERVICES, INC., KAREN HORTON, KAREN GRAY,
DEBORAH MAYO, and AMANDA OCACIO,

    Defendants.

ESTATE OF TERRILL J. THOMAS, by and through
its special administrator Tiffany Robertson,

    Plaintiff,
  and

MILWAUKEE COUNTY,

    Third-Party Plaintiff,

v.                                                              Case No. 17-cv-1128-pp

MILWAUKEE COUNTY, DAVID J. CLARKE, JR.,
NANCY EVANS, KEVIN NYKLEWICZ, SCOTT SOBEK,
JEFFREY ANDRYKOWSKI, LT. JOSHUA BRIGGS,
STEVEN HAW, KASHKA MEADORS, DEVONTA TOWNES,
RAFAEL BRITO, MATTHEW CARROLL, LECARLIN COLLINS,
BRIAN DRAGOO, ANTHONY EMANUELE, JORDON JOHNSON,
THOMAS LAINE, DAVID LEDGER, JOSHUA LEGERE,
DEVIN O'DONNELL, JAMES RAMSEY-GUY, DECORIE SMITH,
DOMINIQUE SMITH, JOHN WEBER, ARMOR CORRECTIONAL
HEALTH SERVICES, INC., KAREN HORTON, KAREN GRAY,
DEBORAH MAYO, and AMANDA OCACIO,

    Defendants.

## MOTION TO WITHDRAW

Charles H. Bohl hereby moves this Court for an order allowing him to withdraw as one of the attorneys for defendants Milwaukee County, David A. Clarke, Jr., Richard Schmidt, Scott Sobek, Joshua Briggs, Steven Haw, Devonta Townes, Rafael Brito, Matthew Carroll, LeCarlin Collins, Brian Dragoo, Anthony Emanuele, David Ledger, Joshua Legere, Devin O'Donnell, and Decorie Smith in Case No. 17-cv-355 and for defendants Milwaukee County, Joshua Briggs, Rafael Brito, Matthew Carroll, David A. Clarke, Jr., LeCarlin Collins, Brian Dragoo, Anthony Emanuele, Steven Haw, David Ledger, Joshua Legere, Devin O'Donnell, Decorie Smith, Scott Sobek, and Devonta Townes in Case No. 17-cv-1128.

Other attorneys at the law firm of Husch Blackwell LLP who have previously appeared in these cases will continue to represent the aforementioned defendants. As a result, the undersigned counsel's withdrawal will not adversely affect the representation of said defendants and will not delay the disposition of this case.

WHEREFORE, the undersigned respectfully requests that this Court enter an order allowing for his withdrawal as counsel for defendants Milwaukee County, David A. Clarke, Jr., Richard Schmidt, Scott Sobek, Joshua Briggs, Steven Haw, Devonta Townes, Rafael Brito, Matthew Carroll, LeCarlin Collins, Brian Dragoo, Anthony Emanuele, David Ledger, Joshua Legere, Devin O'Donnell, and Decorie Smith in Case No. 17-cv-355 and for defendants Milwaukee County, Joshua Briggs, Rafael Brito, Matthew Carroll, David A. Clarke, Jr., LeCarlin Collins, Brian Dragoo, Anthony Emanuele, Steven Haw, David Ledger, Joshua Legere, Devin O'Donnell, Decorie Smith, Scott Sobek, and Devonta Townes in Case No. 17-cv-1128.

Dated this 26th day of December, 2018.

                s/ Charles H. Bohl
                Charles H. Bohl
                HUSCH BLACKWELL LLP
                555 East Wells Street, Suite 1900
                Milwaukee, WI 53202-3819
                (414) 271-2300 Phone
                Charles.Bohl@huschblackwell.com