UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____
TERRILL BARNES, CURTIS PIGGEE,
A.T.A., *by his mother and guardian Michelle Thomas-Acosta*,
And T.J.T., *by and through his mother and guardian Safrauyna Pulley,*

        Plaintiffs,

v.                                                             Case No. 17-cv-355-pp

MILWAUKEE COUNTY, DAVID A. CLARKE, JR.,
RICHARD SCHMIDT, KEVIN NYKLEWICZ, SCOTT SOBEK,
JEFFREY ANDRYKOWSKI, JOSHUA BRIGGS,
STEVEN HAW, KASHKA MEADORS,
DEVONTA TOWNES, RAFAEL BRITO,
MATTHEW CARROLL, LECARLIN COLLINS, BRIAN DRAGOO,
ANTHONY EMANUELE, JORDON JOHNSON, THOMAS LAINE,
DAVID LEDGER, JOSHUA LEGERE, DEVIN O'DONNELL,
JAMES RAMSEY-GUY, DECORIE SMITH, DOMINIQUE SMITH,
JOHN WEBER, ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
KAREN HORTON, KAREN GRAY, DEBORAH MAYO, and AMANDA OCACIO,

        Defendants.
_____
ESTATE OF TERRIL J. THOMAS,
*by and through its special administrator Robert Rondini*,

        Plaintiff,

and

MILWAUKEE COUNTY,

        Third-Party Plaintiff,

v.                                                          Case No. 17-cv-1128-pp

MILWAUKEE COUNTY, DAVID A. CLARKE, JR.,
NANCY EVANS, KEVIN NYKLEWICZ, SCOTT SOBEK,
JEFFREY ANDRYKOWSKI, LT. JOSHUA BRIGGS,
STEVEN HAW, KASHKA MEADORS,
DEVONTA TOWNES, RAFAEL BRITO,
MATTHEW CARROLL, LECARLIN COLLINS, BRIAN DRAGOO,
ANTHONY EMANUELE, JORDON JOHNSON, THOMAS LAINE,
DAVID LEDGER, JOSHUA LEGERE, DEVIN O'DONNELL,
JAMES RAMSEY-GUY, DECORIE SMITH, DOMINIQUE SMITH,
JOHN WEBER, ARMOR CORRECTIONAL HEALTH SERVICES, INC.,

KAREN HORTON, KAREN GRAY, DEBORAH MAYO, and AMANDA OCACIO,

    Defendants.

and

WISCONSIN COUNTY MUTUAL INSURANCE COMPANY,

    Third-Party Defendant.

## FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND CIVIL LOCAL RULE 41 STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by the Plaintiffs, Estate of Terrill J. Thomas, Terrill Barnes (N/K/A Terrill Thomas Jr.), Curtis Piggee, A.T.A. by his mother and guardian Michelle Acosta, and T.J.T. by his mother and guardian Safranya Pulley; Third Party Plaintiff, Milwaukee County; Third Party Defendant, Wisconsin County Mutual Insurance Company; and the Defendants, Milwaukee County, David A. Clarke Jr., Richard E. Schmidt, Nancy Evans, Kevin Nyklewicz, Scott Sobek, Jeffrey Andrykowski, Joshua Briggs, Steven Haw, Kashka Meadors, Devonta Townes, Rafael Brito, Matthew Carroll, LeCarlin Collins, Brian Dragoo, Anthony Emanuele, JorDon Johnson, Thomas Laine, David Ledger, Joshua Legere, Devin O'Donnell, James Ramsey-Guy, DeCorie Smith, Dominique Smith, John Weber, Armor Correctional Health Services Inc., Karen Horton, Karen Gray, Amanda Ocacio, and Deborah Mayo, through their respective attorneys, that all of the Plaintiffs' and Third Party Plaintiff's claims, cross-claims, counter claims, actions for Declaratory Judgment, and causes of action in this case may be dismissed upon the merits, with prejudice and without costs or further notice to any of the parties.

Dated this 10th day of May 2019.

        BUDGE & HEIPT PLLC and
        FIRST, ALBRECHT & BLONDIS, SC
        Attorneys for the Plaintiff, The Estate of Terrill J. Thomas, by and through its Special Administrator Robert Rondini

        By:   /s/James P. End
                 James P. End
                 WI State Bar No. 1032307
                 Lawrence G. Albrecht
                 Alexa C. Bradley
                 Edwin S. Budge
                 Erik J. Heipt
                 Hank Balson

Dated this 10th day of April 2019.

        WALTER W. STERN AND ASSOCIATES
        Attorney for Plaintiffs, Terrill Barnes (N/K/A Terrill Thomas Jr.), Curtis Piggee, A.T.A., and T.J.T.

        By:   /s/Walter W. Stern, III
                 Walter W. Stern, III
                 WI State Bar No. 1014060

Dated this 11th day of April 2019.

        WINSTON & STRAWN, LLP
        Attorneys for Third Party Plaintiff, Milwaukee County

        By:   /s/Dan K. Webb
                 Dan K. Webb
                 IL State Bar No. 2954087
                 Robert L. Michels

Dated this 9th day of April 2019.

    HUSCH BLACKWELL, LLP
Attorneys for Defendants, Milwaukee County, David A. Clarke Jr., Richard E. Schmidt, Joshua Briggs, Rafael Brito, Matthew Carroll, LeCarlin Collins, Brian Dragoo, Anthony Emanuele, Steven Haw, David Legere, Devin O'Donnell, DeCorie Smith, Scott Sobek, and Devonta Townes

By:   /s/Timothy H. Posnanski
      Timothy H. Posnanski
      WI State Bar No. 1056668
      Anthony J. Anzelmo
      David B. Carr

Dated this 10th day of May 2019.

MWH LAW GROUP, LLP
Attorneys for Defendant, Armor Correctional Health Services, Inc.

By:   /s/Emery K. Harlan
      Eric L. Andrews
      WI State Bar No. 1068550
      Emery K. Harlan
      Carlos R. Pastrana

Dated this 9th day of April 2019.

LEIB KNOTT GAYNOR, LLC
Attorneys for Defendants, Kevin Nyklewicz and Nancy Evans

By:   /s/Douglas S. Knott
      Douglas S. Knott
      WI State Bar No. 1001500
      Cory J. Brewer
      Brent Adam Simerson
      Trevor C. Leverson

Dated this 9th day of April 2019.

            GRADY HAYES & NEARY, LLC
            Attorney for Defendant, Kashka Meadors

            By: /s/Thomas James Donnelly
               Thomas James Donnelly
               WI State Bar No. 1020867

Dated this 9th day of April 2019.

            CRIVELLO CARLSON, SC
            Attorneys for Defendants, JorDon Johnson, Thomas Laine, James Ramsey-Guy, and Dominique Smith

            By: /s/Samuel C. Hall Jr.
               Samuel C. Hall Jr.
               WI State Bar No. 1045476
               Benjamin A. Sparks
               Sara C. Mills

Dated this 12th day of April 2019.

            EMILE BANKS & ASSOCIATES LLC
            Attorneys for Defendants, Jeffrey Andrykowski and John Weber

            By: /s/Emile H. Banks Jr.
               Emile H. Banks Jr.
               WI State Bar No. 1018890
               Vicki L. Arrowood

Dated this 4th day of April 2019.

            OTGEN, GENDELMAN, ZITZER, JOHNSON & WEIR, S.C. Attorneys for Defendant Karen Horton

            By: /s/Lori Gendelman
               Lori Gendelman
               WI State Bar No. 1005633

Dated this 11th day of April 2019.

                                      BOLLINGER, CONNOLLY, KRAUSE, LLC
Attorneys for Defendant, Karen Gray

By:   /s/Christopher Michael Miller
        Christopher Michael Miller
        IL State Bar No. 6321129
        Michael D. Krause
        Robert S. Tengesdal

Dated this 25th day of April 2019.

                                      CASSIDAY SCHADE, LLP
Attorney for Defendant, Deborah Mayo

By:   /s/John J. Reid
        John J. Reid
        WI State Bar No. 1057458

Dated this 12th day of April 2019.

                                      CUNNINGHAM, MEYER, & VEDRINE, PC
Attorney for Defendant, Amanda Ocacio

By:   /s/Michael R. Slovis
        Michael R. Slovis
        IL State Bar No.

Dated this 11th day of April 2019.

                                      AXLEY BRYNELSON, LLP
Attorneys for Third Party Defendant, Wisconsin County Mutual Insurance Company

By:   /s/Lori M. Lubinsky
        Lori M. Lubinsky
        WI State Bar No. 1027575
        Jennifer M. Luther